USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TOWAKI KOMATSU,

                Plaintiff,

      - against -

THE CITY OF NEW YORK, *et al.*,

                Defendants.
------------------------------------------------------------X

20-CV-10942 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      By letter dated April 22, 2021, Plaintiff requested that the Court order the New York City Law Department to provide the Court and the U.S. Marshals Service ("USMS") all pertinent information needed for the USMS to effect service on the non-Doe defendants. (Dkt. 25.) The Order of Service issued by Judge Caproni on April 14, 2021 directed the Clerk of Court to issue and provide to USMS summonses and all information necessary to effect services. (Dkt. 18 at 3.) The summonses issued on April 14, 2021. Service must be made within 90 days after that date, absent request for extension by plaintiff. Nothing indicates that the USMS does not have what it needs to effect service on the non-Doe defendants, and until such time as the summonses are served, defense counsel need not appear. In short, there is nothing to order at this time with respect to identification of defense counsel. Accordingly, Plaintiff's letter motion is denied without prejudice.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 23, 2021
   New York, New York

The Clerk of Court is instructed to mail a copy of this Order to the Pro Se Plaintiff.