UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TOWAKI KOMATSU,

                Plaintiff,

       - against -

THE CITY OF NEW YORK, *et al.*,

                Defendants.
------------------------------------------------------------X

20-CV-10942 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court is in receipt of Plaintiff's request to bifurcate trial and to file an immediate partial summary judgment motion. Both requests are premature. Defendants have not yet been served, and the period for the U.S. Marshal to do so pursuant to the April 14, 2021 order of service (Dkt. 18) has not yet expired. Accordingly, the two applications are denied without prejudice to a future application at the appropriate juncture.

                                    SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: May 21, 2021
         New York, New York

The Clerk of Court is instructed to mail a copy of this Order to the Pro Se Plaintiff.

1