USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOWAKI KOMATSU,

                            Plaintiff,                          20-CV-10942 (VEC)

            -against-                                    ORDER WITHDRAWING
                                                          THE REFERENCE TO
THE CITY OF NEW YORK, *et al.*,                      THE MAGISTRATE JUDGE

                            Defendants.

VALERIE CAPRONI, United States District Judge:

        WHEREAS on April 14, 2021, the Court referred this matter to Magistrate Judge

Lehrburger for general pretrial management and for the preparation of reports and

recommendations on any dispositive motions, Dkt. 17;

        IT IS HEREBY ORDERED that the reference of this matter to the Magistrate Judge is

withdrawn.

        The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Komatsu

and to note the mailing on the docket.


**SO ORDERED.**

**Date:   July 23, 2021**                               _____
          **New York, NY**                                 **VALERIE CAPRONI**
                                                        **United States District Judge**