```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TOWAKI KOMATSU,

                Plaintiff,

    - against -

THE CITY OF NEW YORK, *et al.*,

                Defendants.
------------------------------------------------------------X

20-CV-10942 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    The Clerk of Court is respectfully directed to strike from this docket the letters filed by Plaintiff at Dkts. 80, 81, and 82 because they fail to comply with the filing requirements imposed by the Court's August 3, 2021 order at Dkt. 79.

                                  SO ORDERED.

                                  _____
                                  ROBERT W. LEHRBURGER
                                  UNITED STATES MAGISTRATE JUDGE

Dated: August 9, 2021
        New York, New York

The Clerk of Court is instructed to mail a copy of this Order to the Pro Se Plaintiff.

1