USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TOWAKI KOMATSU,

                Plaintiff,

       - against -

THE CITY OF NEW YORK, *et al.*,

                Defendants.
-------------------------------------------------------------X

20-CV-10942 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Plaintiff has requested authorization to move for leave to file a further amended complaint in this case to add allegations of a recent incident with police, specifically that a police officer shined a flashlight from roughly 20 feet away purportedly to interfere with Plaintiff's use of his cell-phone camera, and other police officers stood by while that occurred. (Dkt. 84.) The application is denied as futile and not sufficiently related to the conduct alleged in the currently operative complaint.

                                   SO ORDERED.

                                   _____
                                   ROBERT W. LEHRBURGER
                                   UNITED STATES MAGISTRATE JUDGE

Dated: August 10, 2021
       New York, New York

The Clerk of Court is instructed to mail a copy of this Order to the Pro Se Plaintiff.