USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TOWAKI KOMATSU,                                  :
                                                 :          20-CV-10942 (VEC) (RWL)
                              Plaintiff,          :
                                                 :
              - against -                         :          **ORDER**
                                                 :
THE CITY OF NEW YORK, *et al.*,                  :
                                                 :
                              Defendants.         :
                                                 :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Clerk of Court is respectfully directed to strike from the docket (in this case

only) the letter filed by Plaintiff at Dkt. 86, because it fails to comply with the filing

requirements imposed by the Court's August 3, 2021 order at Dkt. 79.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 10, 2021
       New York, New York

The Clerk of Court is instructed to mail a copy of this Order to the Pro Se Plaintiff.

1