USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TOWAKI KOMATSU,

                Plaintiff,

      - against -

THE CITY OF NEW YORK, *et al.*,

                Defendants.
------------------------------------------------------------X

20-CV-10942 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Clerk of Court is respectfully requested to strike Dkt. 90 as it does not comply with Judge Caproni's order at Dkt. 79.

                            SO ORDERED.

                            _____
                            ROBERT W. LEHRBURGER
                            UNITED STATES MAGISTRATE JUDGE

Dated: August 13, 2021
       New York, New York

The Clerk of Court is instructed to mail a copy of this Order to the Pro Se Plaintiff.