```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TOWAKI KOMATSU,

                     Plaintiff,

        - against -

THE CITY OF NEW YORK, *et al.*,

                     Defendants.
------------------------------------------------------------X

20-CV-10942 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order resolves Plaintiff's filing at Dkt. 112 styled as a letter motion for leave to file.

      1.  The motion for leave to file the letter motion is granted.

      2.  With respect to the substantive relief requested in the letter motion, the request to compel Defendants to produce certain records is denied without prejudice because discovery has not yet commenced.

      3. Plaintiff's request to compel Defendants to provide a list of john doe officers identified so far is denied as moot because the Court ordered the same relief as part of its ruling on Defendants' August 23, 2021 letter motion requesting an extension of time to respond to the Amended Complaint.

      4. In response to Plaintiff's request for clarification regarding filing of a further amended complaint, neither this Court nor Defendants' August 23, 2021 letter suggest that Plaintiff may file a further amended complaint at this time.  The "Amended Complaint" to which Defendants' letter refers is the currently operative Amended Complaint previously filed on April 3, 2021 at Dkt. 15.

1

2

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 30, 2021
    New York, New York

The Clerk of Court is instructed to mail a copy of this Order to the Pro Se Plaintiff.