UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TOWAKI KOMATSU,                                    :
                                                   :        20-CV-10942 (VEC) (RWL)
                              Plaintiff,            :
                                                   :
                - against -                         :        **ORDER**
                                                   :
THE CITY OF NEW YORK, *et al.*,                     :
                                                   :
                              Defendants.           :
                                                   :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       The Clerk of Court is respectfully requested to file a separate copy of Exhibit A to

Dkt. 146 as the Second Amended Complaint.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: October 25, 2021
       New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully
requested to mail a copy of this order to the pro se Plaintiff.