```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TOWAKI KOMATSU,

                            Plaintiff,

        - against -

CITY OF NEW YORK, et al.,

                          Defendants.
------------------------------------------------------------X

20-CV-10942 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       The Court has reviewed Plaintiff's submissions at Dkts. 192-195. The order to show cause hearing will go forward as scheduled. If Plaintiff fails to appear, sanctions will be imposed, including dismissal of his case for contempt and failure to prosecute.

                                         SO ORDERED.

                                         _____
                                         ROBERT W. LEHRBURGER
                                         UNITED STATES MAGISTRATE JUDGE

Dated: December 10, 2021
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is directed to mail a copy of this Order to the pro se Plaintiff Towaki Komatsu:

Towaki Komatsu
802 Fairmont Pl., Apt. 4B
Bronx, NY 10460

1