```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/03/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
TOWAKI KOMATSU                                   :
                                                 :
                        Plaintiff,               :        20-CV-10942 (VEC) (RWL)
                                                 :
        - against -                              :
CITY OF NEW YORK, et al.,                        :        **ORDER**
                                                 :
                        Defendants.              :
-----------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        On December 17, 2021, Defendant filed a letter application for an order to compel

Plaintiff to provide HIPAA authorizations. (Dkt. 207.) Plaintiff has not filed any

response. If Plaintiff wishes to respond, he shall do so no later than January 5, 2022.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated:  January 3, 2022
         New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the
Clerk of Court to mail a copy of this Order to the pro se Plaintiff.