USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TOWAKI KOMATSU                                          :
                                                        :       20-CV-10942 (VEC) (RWL)
                         Plaintiff,                     :
                                                        :
       - against -                                      :       **ORDER**
CITY OF NEW YORK, et al.,                               :
                                                        :
                         Defendants.                    :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff has requested a copy of the written transcript of the hearing held on December 14, 2021. (See Dkt. 241.) There presently is no written transcript. Accordingly, the Court directs that Defendants order a transcript of the hearing held on December 14, 2021 and provide a copy to Plaintiff.

Plaintiff has filed a letter at Dkt. 241 in opposition to Defendants' recent motion to dismiss filed at Dkt. 236. Plaintiff states he does not have a copy of that motion. Defendants' letter motion, however, indicates that Defendants sent a copy to Plaintiff by first class mail.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: January 24, 2022
       New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff.