USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

TOWAKI KOMATSU                                     :
                                                   :          20-CV-10942 (VEC) (RWL)
                            Plaintiff,             :
                                                   :
        - against -                                :          **ORDER**
CITY OF NEW YORK, et al.,                          :
                                                   :
                            Defendants.            :
-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court understands from Plaintiff's filing at Dkt. 246 that Plaintiff acknowledges

having received the mailed copy of Defendants' motion to dismiss.  Although Plaintiff

already has responded to the motion (see, e.g., Dkt. 241), the Court will provide Plaintiff

with an opportunity to supplement any argument he wishes to make in light of receipt of

the mailed copy.  Plaintiff may do so in a filing of no more than five pages.  Any such filing

must be made no later than February 15, 2022.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: February 7, 2022
       New York, New York

Copies transmitted this date to all counsel of record.  The Court respectfully requests the
Clerk of Court to mail a copy of this Order to the pro se Plaintiff.