```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TOWAKI KOMATSU                              :
                                            :          20-CV-10942 (VEC) (RWL)
                  Plaintiff,                :
                                            :
      - against -                           :          **ORDER**
CITY OF NEW YORK, et al.,                   :
                                            :
                  Defendants.               :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

With respect to Defendants' pending motion to dismiss (Dkt. 236), and Defendants having served Plaintiff with a copy of the transcript of the hearing held on December 14, 2021 (Dkt. 256), and the Court having previously ordered that Plaintiff serve any further opposition to the motion to dismiss within 30 days of service of the transcript, it is hereby ordered that: Plaintiff shall file any further opposition to the motion to dismiss no later than March 17, 2022. Defendants may reply no later than April 13, 2022.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 28, 2022
       New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff.