USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOWAKI KOMATSU,

                    Plaintiff,

      -against-

THE CITY OF NEW YORK, *et al.*,

                    Defendants.

20-CV-10942 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 24, 2022, the Court imposed "a permanent injunction forbidding [Plaintiff] from making any filings in this matter that are not in response to a direct Court order granting him leave to file on a given issue," Dkt. 281;

    WHEREAS on April 21, 2022, Magistrate Judge Lehrburger entered a report and recommending ("R&R"), recommending that the Court grant Defendants' motion to dismiss, Dkt. 283;

    WHEREAS as referenced in the R&R, "the parties have fourteen (14) days to file written objections" to the R&R, *id.* at 25;

    WHEREAS pursuant to Rule 6 of the Federal Rules of Civil Procedure, a party that receives service by mail is allowed three additional days; and

    WHEREAS on April 22, 2022, the R&R was mailed to the *pro se* Plaintiff.

    IT IS HEREBY ORDERED that the Court grants Plaintiff leave to file objections to the R&R. Any objections must be filed by no later than **Monday, May 9, 2022**. **The Court will not extend that deadline further.**

    IT IS FURTHER ORDERED that Defendants' responses to the objections, if any, are due no later than **Monday, May 23, 2022**.

IT IS FURTHER ORDERED that, as emphasized in the R&R, failure to file timely objections will result in a waiver of objections and will preclude appellate review.  See R&R, Dkt. 283 at 25.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff and to note the mailing on the docket.

**SO ORDERED.**

Date:  **April 22, 2022**  
       **New York, NY**

                      **VALERIE CAPRONI**  
                      **United States District Judge**