UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TOWAKI KOMATSU,

                Plaintiff,

-against-                      20 **CIVIL** 10942 (VEC)

                                                    **JUDGMENT**

THE CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 17, 2022, careful review of the R&R reveals that there is no clear error. The R&R is adopted in full, Defendants' motion to dismiss is GRANTED, and this case is DISMISSED with prejudice. Plaintiff's letters, at docket entries 315, 316, 317, and 318, were filed in violation of the Court's filing restrictions and are stricken. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and, therefore, permission to proceed *in forma pauperis* for purposes of appeal is denied; accordingly, the case is closed.

**Dated:**  New York, New York

       June 17, 2022

                                                                    **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                                  **BY:**   *K. Mango*

                                                                         **Deputy Clerk**