To:    U.S. Chief Judge Laura Taylor Swain
       Daniel Patrick Moynihan U.S. Courthouse
       500 Pearl Street
       New York, New York 10007

CC:    U.S. District Judge Colleen McMahon, U.S. District Judge Valerie Caproni, U.S. District Judge Raymond Dearie, U.S. District Judge Lorna Schofield

   Re:    a) *Komatsu v. City of New York*, No. 22-cv-424 (LTS) (S.D.N.Y. Jan. 3, 2023)

   b) *In Re New York City Policing During Summer 2020*, No. 20-cv-8924 (CM) (GWG) (S.D.N.Y.)

   c) *Komatsu v. City of New York,* No. 20-cv-10942 (VEC)(RWL)(S.D.N.Y Jun. 17, 2023)

   d) *Komatsu v. USA,* No. 21-cv-1838 (RJD)(RLM)(S.D.N.Y Jan. 19, 2022)

   e) *Komatsu v. City of New York,* No. 18-cv-1838 (LGS)(GWG)(S.D.N.Y Sep. 27, 2021)

Friday, March 24, 2023

Judge Swain,

   I'm filing this letter after I filed an earlier one partly in this case on 3/21/23. I apprised you of the fact in that earlier letter that the Pro Se Intake Unit for the U.S. District Court for the Southern District of New York was illegally blocking legal filings of mine from being timely and publicly added to the dockets for federal court litigation while that practice by the Pro Se Intake Unit's personnel violated my First and Fourteenth Amendment rights and those of the general public's. Since then, I've noticed that the Pro Se Intake Unit's personnel have still and illegally not added my 3/8/23 filings that I e-mailed to it to the docket sheet for *In Re New York City Policing During Summer 2020*, No. 20-cv-8924 (CM) (GWG) (S.D.N.Y.). I have also noticed that the Pro Se Intake Unit's personnel have illegally not added 3 relevant legal filings of mine that I e-mailed to it since 3/22/23 to the docket sheet for *Komatsu v. City of New York,* No. 20-

Page 1 of 3

cv-10942 (VEC)(RWL)(S.D.N.Y Jun. 17, 2023) that include information about the material fact that U.S. Magistrate Judge Robert Lehrburger lied about a critically important fact in the 4/21/22 report that he prepared in that case that Judge Caproni thereafter fraudulently rubber-stamped while also illegally ignoring highly probative information in my 5/15/22 and 6/28/22 filings in that case that overwhelmingly confirm that her dismissal of that case was unwarranted and instead pretextual and retaliatory. As a result, immediately cause me to be provided a remedy that will enable me to electronically file relevant legal filings in federal court litigation without any further obstruction by courthouse personnel. Lastly, the decision that was issued on 3/8/23 in *Hauschild v. United States Marshals Service*, No. 21-cv-7580 (CS) (S.D.N.Y. Mar. 8, 2023) that I just learned about yesterday confirms that I was entirely right all along about complaints that I reported to you, Judge Caproni, Judge Schofield, Judge Dearie, and other judges about illegal and otherwise abusive acts and omissions against me by federal court security officers ("CSOs") and personnel of the U.S. Marshals Service ("USMS") that you and other federal judges illegally condoned and enabled. That case is about the fact that a federal court security officer ("CSO") was fired by the USMS for having violated applicable procedures while directing another CSO to have accompany his brother who is a felon to a judge's home that had the potential to endanger that judge and reduce security inside of a federal courthouse in upstate New York. You and other federal judges have illegally and continuously kept me in harm's way by allowing CSO Ralph Morales and other CSOs to criminally and pretextually assault, stalk, stigmatize, and seize me while also lying about me. That fact and circumstance confirms that I was owed recusal by every single judge to whom I reported complaints against CSOs and the USMS.

From,

Towaki Komatsu

9119 Pembroke Ct.
Fort Mill, SC  29707
Tel: 347-316-6180
Towaki_Komatsu@yahoo.com

s_/Towaki Komatsu
*Plaintiff, Pro Se*